UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>BING ZHANG<br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No: _____<br>)<br>)<br>)<br>) |

## COMPLAINT

### JURISDICTION

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. §1345.

### PARTIES

2. Plaintiff is the United States of America, acting through the U.S. Department of the Health and Human Services (hereinafter "HHS") The debt was referred to the U.S. Department of Justice in accordance with the Debt Collections Improvement Act of 1996 (DCIA) (31 U.S.C. § 3701 *et seq.*).

3. Defendant, Bing Zhang is an individual residing at: 300 Longwood Avenue, Boston, MA 02115.

### COUNT I

4. The Defendant received trainee awards for the National Research Service Award (NRSA) Program within the U.S Public Health Service (PHS), Department of Health and Human Services (HHS). The Statement of Appointment shows that Grant Number 5 T32 HL 7572-28 was given for the period of June 30, 2013 through June 29, 2014 and was electronically signed and certified via eRAxTrain system on June 26, 2013. A copy of

the Statement of Appointment is attached hereto as **Exhibit A** and incorporated herein by this reference.

5. The Defendant received the award under the provision of 42 U.S. C. 288.  These awards were made upon the condition that within two (2) years after termination of the award he would then engage in biomedical or behavioral research or teaching or any combination thereof in accordance with usual patterns of academic employment.  Under the NIH Revitalization Act of June 10, 1993, payback service obligation would incur for the first twelve (12) months of postdoc support only.  The Termination Notice and Statement of Appointment forms are the basis for validating and establishing the payback obligation for the total period of National Research Service Award (NRSA) support.  See Exhibit A.

6. The Defendant received a total of  $54,180.00 for the period beginning June 30, 2013, and ending on June 29, 2014.  Terms of the NRSA Payback Agreement requires the recipient to serve one month for each month of training, for the first twelve (12) months of postdoc support.  A copy of the Payback Agreement is attached hereto as **Exhibit B** and incorporated herein by this reference.

7. The Payback Agreement provides that the Defendant fails to undertake or perform the service, the Defendant must repay the funds within three years of the date the United States becomes entitled to receive the funds.  Exhibit B paragraph II.

8. The Defendant failed to initiate service within two (2) years of the termination of NRSA support and was therefore in breach on June 29, 2014.

9. On June 29, 2014, in accordance with Section 487 of the Public Health Service Act (42 U.S.C. 288) and the terms of the NRSA Payback Agreement, the Defendant had a

financial obligation to repay the funds received from the award within three (3) years of the date he breached the agreement.

10. On August 29, 2016 and December 24, 2016 the Defendant was provided with instructions on how to complete and submit the Annual Payback Activities Certification (APAC) in order to document service payback activities in accordance with the terms of the award for satisfaction of the debt. The Defendant did not comply.

11. On June 29, 2017 the Defendant was informed that he was in default and that failure to remit payment in full or enter into a repayment would result in collection action and the debt being referred to the United States Department of Justice (DOJ) for enforcement.

12. The Defendant was advised of the payment obligations on August 24, 2019, September 6, 2019, July 28, 2021, October 19, 2023 and by final notice on October 27, 2023. The Defendant did not respond. Copies of the notices are attached hereto as **Exhibit C** and incorporated herein by this reference.

13. The Defendant has not made any attempts to pay.

14. The debt owed to the United States of America is as follows:

| | |
|---|---|
| Current Principal | $ 54,180.00 |
| Current Interest (@ 10.00%) | $ 40,033.82 |
| **Total Owed** | **$ 94,213.82** |

The amount owed as of November 16, 2023 is set forth on the Certificate of Indebtedness, which is attached hereto as **Exhibit D** and incorporated herein by this reference. The certificate shows the total owed as of November 16, 2023. The Certificate reflects that the interest rate is 10%.

WHEREFORE, the United States demands judgment against the Defendant for $94,213.82 plus interest from November 16, 2023 and for such other and further relief as this Court deems fair and reasonable.

Dated:  June 23, 2025

                               The United States of America
                               By its attorneys[1]:

                               _/s/ John O. Postl_
                               John O. Postl, BBO# 567729
                               Schuerger Law Group
                               Private Counsel, United States Department of Justice
                               1001 Kingsmill Parkway
                               Columbus, Ohio 43229
                               jpostl@schuergerlaw.com
                               Phone No. 614-824-5731
                               Direct Dial 617-315-4921

---

[1] Schuerger Law Group is under contract to the United States Department of Justice under the Department's private counsel program for collection of certain accounts.